STATE OF NEW JERSEY v. JUAN FIGUEROA.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LEMMO, JR.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ALBERT.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED PAINTER.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY DOUGLAS.

December 18, 1985.

Petition for certification denied.  (See 204 *N.J.Super.* 265)